UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Sharon Radfar, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.  1:20-cv-10178-IT |
| | * | |
| City of Revere, Brian M. Arrigo, | * | |
| Mayor, James Guido, Chief of Police, | * | |
| Sergeant Joseph I. Covino, and Other As | * | |
| Yet Unnamed Officers of the Revere Police | * | |
| Department, Individually and in Their | * | |
| Official Capacities as Mayor, Chief of | * | |
| Police and Police Sergeant and Officers of | * | |
| of the City of Revere, | * | |
| | * | |
| | * | |
| Defendants. | * | |

### Scheduling Order

June 23, 2021

**TALWANI, D.J.**

      This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

### Timetable for Discovery and Motion Practice

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. **Initial Disclosures.**  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this court's Notice of Scheduling Conference must be completed by March 29, 2021.

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after May 31, 2021.

3. **Fact Discovery – Interim Deadlines.**
   a.     All requests for production of documents and interrogatories must be served by July 16, 2021.
   b.     All requests for admission must be served by July 16, 2021.

      c.      All depositions, other than expert depositions, must be completed by September 30, 2021.

4. **Fact Discovery – Final Deadline.** All discovery, other than expert discovery, must be completed by September 30, 2021.

5. **Status Conference.** A status conference will be held on October 4, 2021, at 2:30 p.m.

6. **Expert Discovery.**
    a. Plaintiff(s)' trial expert(s) must be designated and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by November 5, 2021.
    b. Plaintiff(s)' trial experts must be deposed by February 1, 2022.
    c. Defendant(s)' trial experts must be designated and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by December 3, 2021.
    d. Defendant(s)' trial experts must be deposed by February 1, 2022.

7. **Dispositive Motions.** Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by March 15, 2022.

## Procedural Provisions

8. **Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

9. **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than seven days after the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

10. **Status Conferences.** The court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

11. **Additional Conferences.** Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.

12. **Early Resolution of Issues.** The court recognizes that, in some cases, early resolution of one or more preliminary issues may remove a significant impediment to settlement or

otherwise expedite resolution of the case. Counsel are encouraged to confer and jointly advise the court of any such issues.

13. **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

14. **Discovery Disputes.** Counsel encountering a discovery dispute are encouraged to request a conference with the court before filing a discovery motion.

Indira Talwani
United States District Judge

Date:   June 23, 2021