UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
DOCKET NUMBER
1:20-cv-10178IT

_____
SHARON RADFAR,                         )
      Plaintiff                   )
                                       )
V.                                     )
CITY OF REVERE, and                    )
BRIAN M. ARRIGO,                       )  **PLAINTIFF'S MOTION FOR A**
    MAYOR; and                       )  **PROTECTIVE ORDER TO QUASH**
JAMES GUIDO,                           )  **A SUBPOENA PURSUANT TO**
    CHIEF OF POLICE; and             )  **FRCP 26 AND FRCP 45**
SERGEANT JOSEPH I.COVINO; and          )
OTHER AS YET UNNAMED                   )
OFFICERS OF THE                        )
REVERE POLICE DEPARTMENT;              )
INDIVIDUALLY AND IN THEIR              )
OFFICIAL CAPACITIES AS MAYOR           )
CHIEF OF POLICE AND                    )
POLICE SERGEANT AND OFFICERS           )
OF THE CITY OF REVERE,                 )
      Defendants                  )
_____)

NOW COMES THE PLAINTIFF IN THE ABOVE-ENTITLED MATTER, and respectfully requests the following relief from this Honorable Court:

       1.    An Order that the Keeper of Records at George Mason University be precluded from disclosing any documents described in Defendant's subpoena dated January 24, 2022 and that said subpoena be quashed.

1

AS REASON THEREFORE PLAINTIFF AVERS AND OFFERS:

    1.   Correspondence detailing Plaintiff's objections written from her counsel to counsel for the Keeper of Records, attached and incorporated by reference as if fully set forth herein as "EXHIBIT A".

    2.   Defense counsel's admission that there are no responsive documents detailed in the joint motion to extend the discovery deadline.

WHEREFORE PLAINTIFF avers the above-requested relief is required pursuant to Fed. R. Civ. P. 26(b)(1) inasmuch as there are no responsive documents, any document purported to be responsive are privileged and confidential, and their disclosure would not lead to relevant information in this matter.  None of the allegedly responsive documents existed when Defendant initiated the acts and omissions that form the basis for her causes of action and none of them can be expected to shed light on why Defendant initiated a successful effort to have Plaintiff's employer take her off the job and seek a criminal probe of her in January 2017, as Plaintiff alleges in her Complaint.  As the record in this matter amply demonstrates, the only purpose for Defendant's effort to obtain privileged and confidential documents not capable of leading to relevant information given the factual constellation is to subject

2

Plaintiff to and cause her annoyance, embarrassment and oppression such that she will abandon her claims in this litigation.  Inasmuch as justice requires the protection of Plaintiff from such an unnecessary and devastating attack on her rights in this matter, Fed.R.Civ.P. 26(c)(1) and Fed.R.Civ.P. 45(c)(3)(b)(iii) and (iv) require this Court to order that the subpoena be quashed and no such disclosures of privileged and confidential matters take place.  To allow Defendant and the Keeper of Records to veer so far outside the scope of permissible discovery under Fed.R.Civ.P. 26 (b)(1) would reward their efforts to distract the Court from the Plaintiff's civil rights claims instead focusing on a later dispute between the Plaintiff and the Keeper of Records which is not the subject of the litigation.

**CERTIFICATION**

I, Elizabeth M. Clague, counsel for the Plaintiff, hereby certify that I have discussed the subject of this Motion with Counsel for the Defendants prior to filing pursuant to Local Rule 7.1 and have been told Defense counsel and Keeper of Records Counsel will not consider any stipulation that would resolve the issues raised by this Motion.

Dated: February 10, 2022

Respectfully submitted,

Sharon Radfar
by her attorney:

/sElizabeth M. Clague
Plaintiff's Attorney
Elizabeth M. Clague
Attorney At Law
The Franklin Building
1106 Main Street
Brockton, MA 02301
(508)587-1191
FAX(508)587-0992
Attyeclague@gmail.com

**CERTIFICATE OF SERVICE**

I, Elizabeth M. Clague, Counsel for the Plaintiff, hereby certify that I have made service of the within document to the Defendants by causing it to be delivered by ECF.

February 10, 2022                               /s Elizabeth M. Clague

# Exhibit A

elizabeth clague <attyeclague@gmail.com>

Subpoena in Radfar v. Covino

elizabeth clague <attyeclague@gmail.com> Fri, Jan 28, 2022 at 12:29 PM
To: Eli Schlam <eschlam@gmu.edu>

As I indicated we do object and intend to move to quash. EMC
[Quoted text hidden]